UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CLIFTON JONES** | **CIVIL ACTION** |
| **VERSUS** | **NO. 04-2768** |
| **MR. PHIL T., INC.** | **SECTION "K"(2)** |

### ORDER

Before the Court is a Motion for Summary Judgment (Rec. Doc. 53) filed by defendant, Phil Guilbeau Offshore, Inc. moving this Court for summary judgment against all claims asserted by Clifton Jones. Having reviewed the pleadings, memoranda, affidavits, and relevant law, and having heard oral argument, the Court **GRANTS** defendant's motion.

Accordingly, for reasons stated orally in open court on June 14, 2006,

**IT IS ORDERED** that Phil Guilbeau Offshore, Inc.'s Motion for Summary Judgment (Rec. Doc. 53) is hereby **GRANTED**.

Signed this 14th day of June, 2006, in New Orleans, Louisiana.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE

1